IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN LARSON and GREG BAYER, | : | |
| | : | |
| Appellants, | : | CIVIL ACTION NO. 15-1789 |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 12-11083ELF |
| NICHOLAS BAYER, | : | Adv. No. 12-379 |
| | : | |
| Appellee. | : | |

### ORDER

**AND NOW**, this 29th day of September, 2016, after considering the notice of appeal filed by the appellants, John Larson and Greg Bayer, from the March 23, 2015 order of United States Bankruptcy Judge Eric L. Frank, which denied the appellants' motion for an extension of time to file an appeal (Doc. No. 1); and after considering the appellants' brief (Doc. No. 4), the appellee's brief (Doc. No. 5), the applicable bankruptcy court record, and after hearing oral argument; and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The clerk of court is **DIRECTED** to remove this matter from civil suspense and return it to the court's active docket;

2. The March 23, 2015 order of Judge Eric L. Frank is **AFFIRMED**; and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.